**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL LEWIS STOVALL, | ) NO. CV 07-3105-JSL (MAN) |
| Petitioner, | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATIONS OF |
| v. | ) OF UNITED STATES MAGISTRATE |
| JAMES E. TILTON, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition", all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

Accordingly, IT IS ORDERED that federal habeas relief is denied and Judgment shall be entered dismissing this action with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

        LET JUDGMENT BE ENT    ACCORDINGLY.

DATED:    July 19, 2011   .

*Spencer Letts*

_____
                    J. SPENCER LETTS
              UNITED STATES DISTRICT JUDGE