# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SAMUEL LEWIS STOVALL, | ) NO. CV 07-3105-JSL (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES E. TILTON, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   July 19, 2011.


_____
          J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE